UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTEM MOLCHANOV, *individually and on behalf of all others similarly situated,*

                                        Plaintiff,

                          -v-

VARONIS SYSTEMS, INC., YAKOV FAITELSON, *and* GUY MELAMED,

                                        Defendants.

---

26 Civ. 117 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 7, 2026, plaintiff published a notice "advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i); *see* Dkt. 9-3. On March 9, 2026, plaintiffs moved to serve as lead plaintiff in this case. *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.").

Accordingly, any responses to these motions are due March 24, 2026. No replies are invited.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 10, 2026
      New York, New York