UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE VARONIS SECURITIES LITIGATION

26 Civ. 117

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' stipulation and proposed scheduling order, Dkt. 29. The Court enters the scheduling order except as to paragraph 3. In the event defendants move to dismiss, the Court anticipates issuing its standard amend-or-oppose order, which would give plaintiff an opportunity to amend once as a matter of course consistent with Rule 15(a)(1)(B) and set a schedule for such an amendment (or for briefing on the motion to dismiss if plaintiff elects not to amend).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 3, 2026
       New York, New York